**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-1614**

---

AL-RUFUS ANDERSON,

                    Plaintiff - Appellant,

    versus

FEDERATED DEPARTMENT STORES, INCORPORATED,
d/b/a Macy's Pentagon City,

                    Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, District Judge.  (CA-04-1138-1-TSE)

---

Submitted:  October 31, 2005      Decided:  November 15, 2005

---

Before WILLIAMS and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Al-Rufus Anderson, Appellant Pro Se.  Benjamin Cairns Eggert, ROSS, DIXON & BELL, L.L.P., Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Al-Rufus Anderson appeals the district court's order denying his motion for reconsideration of the district court's order dismissing his civil action as frivolous and for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no abuse of discretion or reversible error. Accordingly, we affirm on the reasoning of the district court. See Anderson v. Federated Dep't Stores, No. CA-04-1138-1-TSE (E.D. Va. filed May 11, 2005; entered May 17, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED